HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Benjamin Ruiz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-00236 LJO-SKO-1 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING |
| ) | SCHEDULE, |
| v. ) | ORDER THEREON (note time change) |
| ) | |
| BENJAMIN RUIZ, ) | |
| ) | Date: December 16, 2013 |
| Defendant. ) | Time: 10:30 a.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Benjamin Ruiz, that the date for status conference in this matter may be continued to December 16, 2013, or the soonest date thereafter that is convenient to the court. It is further requested that a motion filing schedule be set, with motions due October 21, 2013, any response due November 25, 2013, and said motions be heard December 16, 2013. **The date currently set for status conference is September 30, 2013. The requested new date is December 16, 2013. The May 20, 2014 trial date shall remain unchanged.**

If it appears that an evidentiary will be necessary to resolve the motions the court will be notified in advanced to allow the hearing to be set at a time convenient to the court.

Time has already been excluded through the May 20, 2014 trial date. However, out of an abundance

of caution, the parties agree that the delay resulting from the continuance shall be excluded as necessary for ruling on the motions and effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 26, 2013        By */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 26, 2013        By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Benjamin Ruiz

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). (Hearing at 10:30 that date for the motions).

IT IS SO ORDERED.

**Dated:   September 26, 2013          /s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE