| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | BENJAMIN RUIZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00236 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO AMEND BRIEFING |
| | ) | SCHEDULE WHILE LEAVING TRIAL AND |
| vs. | ) | MOTION HEARING DATES UNCHANGED, |
| | ) | ORDER THEREON |
| BENJAMIN RUIZ, | ) | |
| | ) | DATE: January 20, 2014 |
| Defendant. | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Lawrence J. O' Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Benjamin Ruiz, that motion briefing schedule in this matter may be amended. Any motion shall be filed by December 6, 2013, and any response shall be filed by January 10, 2014. The date for status conference and hearing on the motions shall remain unchanged, on January 20, 2014. The May 20, 2014 trial date shall also remain unchanged.

If it appears that an evidentiary will be necessary to resolve the motions the court will be notified in advanced to allow the hearing to be set at a time convenient to the court.

Time has already been excluded through the May 20, 2014 trial date. However, out of an

-1-

abundance of caution, the parties agree that any delay resulting from the continuance shall be excluded as necessary for ruling on the motions and effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 26, 2013    By:    /s/ *Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 26, 2013    By:    /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
BENJAMIN RUIZ

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). The request by stipulation is granted.

IT IS SO ORDERED.

Dated:   **November 27, 2013**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE